IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES | ) | |
| TRADING COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:11CV434 |
| | ) | |
| NEAL E. HALL, d/b/a | ) | |
| SHOWMEMYFUTURE.COM, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

BEATY, District Judge.

For the reasons set forth in the Order of the Court filed on September 30, 2014,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to

Dismiss [Doc. #37] is HEREBY GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this case is

DISMISSED.

This the 6th day of October, 2014.


_____
United States District Judge