IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

U.S. COMMODITY FUTURES )
TRADING COMMISSION, )
 )
        PLAINTIFF )
 )
VS ) 1:11CV434
 )
NEAL E. HALL, d/b/a )
SHOWMEMYFUTURE.COM, )
 )
        DEFENDANT. )
 )

## NOTICE OF APPEAL

NOW COMES the Defendant, Neal E. Hall and gives Notice of Appeal to the United States Court of Appeals for the Fourth Circuit from that Order entered in this cause on September 30, 2014 by James A. Beaty, U.S. District Judge.

This _10_ day of October, 2014.

                                                _/s/ Neal E. Hall_
                                                Neal E. Hall

CERTIFICATE OF SERVICE
The Undersigned Hereby Certifies
That He Has Served A Copy Of The Foregoing Document Upon All Parties Or Their Attorneys Of Record By Placing Same In The U. S. Mails, Postage Prepaid and Properly Addressed,
This the _10_ Day of _OCT_, 20_14_.
_/s/ Neal E. Hall_
Attorney at Law